**[ntprbono]** [Notice to Parties Not Represented by an Attorney]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                                      Case No. 3:23−bk−02587−BAJ
                                                                                            Chapter 13

Desiree Rosemaria Obremski

_____Debtor(s)_____/

## NOTICE TO PARTIES WHO ARE NOT REPRESENTED BY AN ATTORNEY

**ELECTRONIC NOTICE BY EMAIL**

If you have an email address, you may request to receive copies of all notices and orders generated by the Court in your case by email rather than by U.S. Mail. The email will include a link to the notice or order via Public Access to Court Electronic Records (PACER). You will also receive notification when other filings are made in your case that you can access via PACER. If you want to receive notices and orders generated by the Court via email and PACER, complete the Request Form available on the Court's website and at the following link:

http://www.flmb.uscourts.gov/filing_without_attorney_1/requestnotification.htm

**ONLINE RESOURCES**

- **Bankruptcy Court Website**
  http://www.flmb.uscourts.gov/. Click on "Filing Without An Attorney" at the top of the page for information and forms, including a form "Suggestion of Bankruptcy" that you should file in any pending lawsuit in which you are a party.

- **The Florida Bar Association Lawyer Referral Service**
  https://floridabar.org/public/lrs/

- **The Bankruptcy Pro Bono Resource Locator**
  https://bankruptcyresources.org/content/resources?state=FL

- **FloridaLawHelp.org**
  https://floridalawhelp.org/

- **Florida Free Legal Answers**
  https://florida.freelegalanswers.org

**VIRTUAL/TELEPHONIC PRO SE CLINIC:**

If you would like a free 30−minute Zoom or telephone consultation with an attorney, please go to http://www.bankruptcyproseclinic.com to schedule a consultation.

**LOCAL PRO SE CLINICS**

*Walk−Ins Available the Fourth Wednesday of Each Month Only from 11:30 a.m. through 12:30 p.m.*

**Jacksonville Bankruptcy Bar Assoc. Pro Se Clinic**
In−Person Location:
Bryan Simpson United States Courthouse
300 North Hogan Street
Rooms 4303 and 4403
Jacksonville, FL 32202
Phone: 904−356−8371

**NON−PROFIT ORGANIZATIONS OFFERING FREE AND/OR REDUCED FEE LEGAL REPRESENTATION:**

**Jacksonville Division**

**Jacksonville Area Legal Aid**
904−356−8371
(Alachua, Baker, Bradford, Clay, Columbia, Dixie, Duval, Gilchrist, Hamilton, Lafayette, Levy, Madison, Nassau, St. Johns, Suwannee, Taylor, and Union)
www.jaxlegalaid.org

**Three Rivers Legal Services**
904−394−7450
www.trls.org

**Community Legal Services of Mid−Florida, Inc.**
352−726−8512 (Citrus, Hernando, and Sumter)
352−629−0105 (Marion)
386−328−8361 (Putnam and Flagler)
www.clsmf.org

**Assistance from these organizations may be based upon the availability of resources and/or your income. This notice does not guaranty aid from or legal representation by them.**

Employees of the United States Bankruptcy Court are not permitted to recommend or refer you to an attorney nor are they permitted to provide legal advice, including how to complete the bankruptcy forms or which forms may be required in your bankruptcy case. Basic filing information is available on this Court's website at www.flmb.uscourts.gov.

Dated  October 30, 2023

FOR THE COURT
Sheryl L. Loesch,
Clerk of Court
Bryan Simpson United States Courthouse
300 North Hogan Street
Suite 3−150
Jacksonville, FL 32202

**The Clerk's office is directed to serve a copy of this Notice on the Debtor.**